IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

JODY SMITH                                                                                              PLAINTIFF

      v.                                      Civil No. 11-5203

DR. HUSKINS; NURSE
KERRIE; and NURSE GALE                                                              DEFENDANTS

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff' pursuant to the provisions of 42 U.S.C. § 1983.  He proceeds *pro se* and *in form pauperis*.

On April 18, 2012, Defendants filed a motion to dismiss (Doc. 19).  The motion is based on Plaintiff's failure to appear for his deposition that had been noticed for April 9, 2012, at 3:00 p.m. Pursuant to Rule 37(b)(2)(A)(v) of the Federal Rules of Civil Procedure, Defendants ask that the case be dismissed.  In the alternative, Defendants ask that they be awarded reasonable costs, including attorneys' fees, and that the case be stayed until those costs are paid.  Plaintiff has not responded to the motion to dismiss.

On May 7, 2012, a show cause order was entered directing Plaintiff to show cause why the case should not be dismissed based on his failure to attend his deposition and his failure to prosecute the case.  Plaintiff was given until May 18, 2012, to respond.  Plaintiff did not respond to the show cause order.

I therefore recommend that the motion to dismiss (Doc. 19) be granted and this case dismissed with prejudice  **The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.**

**The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 22nd day of May 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE