```
             IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

JODY SMITH                                              PLAINTIFF

          v.           Civil No. 11-5203

DR. HUSKINS; NURSE KERRIE;
and NURSE GALE                                          DEFENDANTS

## O R D E R

Now on this 22nd day of June, 2012, come on for consideration defendants' **Motion To Dismiss** (document #19), and the **Report And Recommendation Of The Magistrate Judge** (document #25), to which there are no objections.  The Court, having reviewed the Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, defendant's **Motion To Dismiss** (document #19) is **granted,** and this matter is **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                   /s/ Jimm Larry Hendren
                                   JIMM LARRY HENDREN
                                   UNITED STATES DISTRICT JUDGE